```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS M. NEWMAN (NYSBN 4256178)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6805
      Fax:       (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

**FILED**
AUG 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**CV 08 3714   WDB**

| | |
|---|---|
| UNITED STATES OF AMERICA and FUKEKILA MERRIDA, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> THEODORE PADUA, <br><br> Respondent. | NO. <br><br> **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

18   Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer,

19 **FUKEKILA MERRIDA,** allege and petition as follows:

20   1.   This proceeding is brought and this Court has jurisdiction hereof under Sections

21 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22   2.   Petitioner **FUKEKILA MERRIDA** is and at all times mentioned herein was an

23 employee and officer of the Internal Revenue Service of the United States Department of the

24 Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25 described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27 301.7603-1).

28 ///

3. Petitioner **FUKEKILA MERRIDA** is and at all times mentioned herein was attempting in the course of authorized duties to ascertain the assets and liabilities of **THEODORE PADUA** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **THEODORE PADUA.**

4. Petitioner **FUKEKILA MERRIDA** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to his attempt to ascertain the assets and liabilities of **THEODORE PADUA**, for purposes of preparing a Collection Information Statement.

5. Respondent **THEODORE PADUA**'s last known address is 930 Mission Road Number 44, South San Francisco, CA 94080, which is within the venue of this Court.

6. Petitioner **FUKEKILA MERRIDA** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On November 16, 2007, in accordance with law, petitioner **FUKEKILA MERRIDA** served a summonses on respondent **THEODORE PADUA** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by handing attested copy of the summonses at the last and usual place of abode of the respondent **THEODORE PADUA**. The requirements of said summonses are self-explanatory, and true copies thereof are attached hereto as Exhibits A and B and are hereby incorporated by reference as a part of this petition.

8. The items sought by the summonses described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **THEODORE PADUA**. It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **THEODORE PADUA** that respondent produce the items demanded by said summonses.

9. The respondent did not appear on November 28, 2007, as requested in the summonses.

10. By letter dated January 3, 2008, respondent **THEODORE PADUA** was provided with another opportunity to comply by appearing for an appointment with petitioner **FUKEKILA MERRIDA** on January 21, 2008. See Exhibit C.

11. By letter dated January 29, 2008, respondent **THEODORE PADUA** was provided with another opportunity to comply by appearing for an appointment with petitioner **FUKEKILA MERRIDA** on February 8, 2008. See Exhibit D.

12. As of the date of this petition, the respondent has failed to comply with the summonses.

13. All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

14. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summonses.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summonses;

B. That respondent be ordered by the Court to appear before the petitioner **FUKEKILA MERRIDA** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summonses; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS NEWMAN
Assistant United States Attorney
Tax Division



# Summons

In the matter of  **Theodore Padua, 930 Mission Road Number 44, S San Francisco, CA 94080**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**
Periods: **Form 1040, Income tax Return year: 2002**

## The Commissioner of Internal Revenue

To: **Theodore Padua**
At: **930 Mission Road Number 44, S San Francisco, CA 94080**

You are hereby summoned and required to appear before Fukekila Merrida, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period November 15, 2007 to November 28, 2007, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
450 Golden Gate Ave, 6th floor-1800, San Francisco, 94102   (415)522-4614

**Place and time for appearance at**   450 Golden Gate Ave, 6th floor-1800, San Francisco, 94102

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the __28th__ day of __November__, __2007__ at __10:00__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __16__ day of __November__, __2007__

_____
Signature of Issuing Officer

**Revenue Officer**
Title

_____
Signature of Approving Officer (if applicable)

Title

**EXHIBIT A**

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| November 16, 2007 | 9:00 AM |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of  Theodore Padua, 930 Mission Road Number 44, S San Francisco, CA 94080
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Small Business/Self Employed - Non SBSE Field Area
Periods: Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006

## The Commissioner of Internal Revenue

To: Theodore Padua
At: 930 Mission Road S San Francisco, CA 94080

You are hereby summoned and required to appear before Fukekila Merrida, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006**, including but not limited to: statement of wages for the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006**, statements regarding interest or dividend income for the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006**; employee earnings statements for the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006**; records of deposits to bank accounts during the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Form 1040, Income Tax Return years: 2003, 2004, 2005 and 2006** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
450 Golden Gate Ave, 6th floor-1800, San Francisco, 94102  (415)522-4614

**Place and time for appearance at**  450 Golden Gate Ave, 6th floor-1800, San Francisco, 94102

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  28th  day of  November , 2007  at  9:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this _10_ day of _November_, _2007_

_____
Signature of Issuing Officer

_Revenue Officer_
Title

_____
Signature of Approving Officer (if applicable)

Title

EXHIBIT  B

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| November 16, 2007 | 9:0 Am |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):_____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:_____

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

JAN 3 - 2008

CC:SB:7:SF:2:GL-155827-07
JDFeldhammer

Theodore Padua
930 Mission Street, #44
South San Francisco, CA 94080

Dear Mr. Padua:

Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on November 16, 2007. Under the terms of the summons, you were required to appear before Revenue Officer Fukekila Merrida on November 28, 2007.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

      Name: Fukekila Merrida
      Date: January 21, 2008
      Time: 10:00 AM
  Address: 450 Golden Gate Ave, 6th Floor-1800
          San Francisco, CA 94102

EXHIBIT C

CC:SB:7:SF:2:GL-155827-07        - 2 -

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Fukekila Merrida at (415) 522-4614.

> Sincerely,
>
> PAUL R. ZAMOLO
> Associate Area Counsel
> (Small Business/Self-Employed:
> Area 7)
>
> By: *[signature]*
> JON D. FELDHAMMER
> Law Clerk (San Francisco, Group 2)
> (Small Business/Self-Employed)
> IRS I.D. No. 94-12435

Enclosures:
    Summons


cc: Fukekila Merrida



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

CC:SB:7:SF:2:GL-155827-07
JDFeldhammer

JAN 2 9 2008

Theodore Padua
930 Mission Road, #44
South San Francisco, CA 94080

Dear Mr. Padua:

I am writing you this letter because my previous letter to you offered a meeting date of January 21, 2008, which fell on Martin Luther King Day. I've arranged another date on which you need to appear before Revenue Officer Fukekila Merrida. If you do not appear, this matter will be referred to the Department of Justice to begin legal proceedings against you for not complying with the summons served on you on November 16, 2007. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: Fukekila Merrida
    Date: February 8, 2008
    Time: 10:00 AM
    Address: 450 Golden Gate Ave, 6th Floor-1800
    San Francisco, CA 94102

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Fukekila Merrida at (415) 522-4614.

Additionally, I received a letter from you postmarked January 9, 2008. Please note that Federal courts have consistently ruled against the argument you have made. There are people who encourage others to deliberately violate our nation's tax laws; it would be unfortunate if you were to rely on their opinions. These people take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid simply by filing correct tax returns.

**EXHIBIT D**

CC:SB:7:SF:2:GL-155827-07        - 2 -

    I'd like to point out just a few inaccuracies in the letter you used:

1. Stuart Brown has not been the Chief Counsel for the Internal Revenue Service since January of 2001.

2. The authority of IRS employees is derived from Internal Code provisions, Treasury Regulations, and other redelegations of authority (such as delegation orders). See the previous discussion on the authority of revenue officers to seize property. The authority of IRS employees is not contingent upon such criteria as possession of a pocket commission or a specific type of identification badge. *See Gunselman v. Commissioner*, T.C. Memo. 2003-11, 85 T.C.M. (CCH) 756 (2003) (appeals officer at collection due process hearing does not have to produce enforcement pocket commission for himself of for the Service employee who signed the notice of lien filing).

3. Regarding whether the Internal Revenue Service may serve as a delegate of the Secretary of the Treasury: Section 7701(a)(12)(A)(i) defines the term "delegate", as used with respect to the Secretary of the Treasury, to mean any officer, employee, or agency of the Treasury Department duly authorized by the Secretary directly, or indirectly by redelegation of authority, to perform a certain function. Section 7803(a)(2) provides general authority for the Commissioner of Internal Revenue, as prescribed by the Secretary. Treas. Reg. §§ 301.6320-1(a)(1) and 301.6330-1(a)(1) further provide that the Commissioner, or his or her delegate, will prescribe procedures to provide notice of the right to request a collection due process hearing. See, e.g., Delegation Order 5-3 (formerly D.O. 191 Rev. 3) (redelegation of authority with respect to levy notices).

    For case law supporting this, see *Craig v. Commissioner*, 119 T.C. 252 (2002) and *Hodgson v. Commissioner*, T.C. Memo. 2003-122, 85 T.C.M. (CCH) 1232 (2003).

CC:SB:7:SF:2:GL-155827-07        - 3 -

Further explanations of the legal requirement to pay taxes and discussion of frivolous arguments for not filing and paying taxes is provided in the enclosed copy of Publication 2105, "Why do I Have to Pay Taxes?" and can be found at http://www.irs.gov/pub/irs-utl/friv_tax.pdf.

Sincerely,

PAUL R. ZAMOLO
Associate Area Counsel
(Small Business/Self-Employed:
Area 7)

By: _____
JON D. FELDHAMMER
Law Clerk (San Francisco, Group 2)
(Small Business/Self-Employed)
IRS I.D. No. 94-12435

Enclosures:
    Summons
    Publication 2105

cc: Fukekila Merrida

## VERIFICATION

I, **FUKEKILA MERRIDA**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Francisco, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *August 4, 2008* at San Francisco, California.

_____
**FUKEKILA MERRIDA**