1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (NYSBN 4256178)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California  94102
     Telephone:   (415) 436-6805
5    Fax:              (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and FUKEKILA MERRIDA, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>THEODORE PADUA,<br><br>    Respondent. | NO. 08-3714-WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        <u>/s/ Thomas M. Newman</u>
                                        THOMAS M. NEWMAN
                                        Assistant United States Attorney
                                        Tax Division

*Magistrate Consent*
Case No. 08-cv-3714-WDB